David Leit
Khizar A. Sheikh
Jamie R. Gottlieb
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
*Attorneys for SNL Financial LC*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| A.M. BEST COMPANY, INC., | Document Electronically Filed |
| Plaintiff, | |
| v. | Civil Action No. 11-1994 (SDW)(MCA) |
| SNL FINANCIAL LC, | ORDER ~~GRANTING~~ *Denying* DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT |
| Defendant. | |

**THIS MATTER** having been opened to the Court by Lowenstein Sandler PC, attorneys for Defendant SNL Financial LC ("SNL"), upon application for an Order granting SNL's Motion to Dismiss Plaintiff's Amended Complaint and this Court having considered the motion, memorandum of law in support thereof, together with any opposition and reply papers thereto and this Court having heard the ~~arguments of~~ counsel, if any; and for good cause shown;

**IT IS** on this _8th_ day of _Dec._, 2011 hereby:

**ORDERED** that Defendant SNL's Motion to Dismiss Plaintiff's Amended Complaint is hereby ~~GRANTED~~ **DENIED** in its entirety _for the reasons set forth on the record._

_____
Hon. Susan D. Wigenton, U.S.D.J.