Dec-04-13   12:06pm   From-Riker Danzig                               973 538 1984              T-303   P.002/002   F-215

|  |  |
|---|---|
| A.M. BEST COMPANY, INC., | UNITED STATES DISTRICT COURT |
|  | DISTRICT OF NEW JERSEY |
| Plaintiff(s), |  |
|  | Civil Action No. 11-1994 (SDW) |
| -vs- |  |
| SNL FINANCIAL LC, | **REVISED ORDER** |
| Defendant(s). |  |

THIS MATTER having come before the Court for a telephone status conference on November 20, 2013; and for good cause shown;

IT IS on this ___6th___ day of December, 2013

**ORDERED THAT:**

1. Fact discovery shall be completed by **February 1, 2014.**

2. Affirmative expert reports shall be served by **March 15, 2014.**

3. Responsive expert reports shall be served by **May 1, 2014.**

4. A telephone status conference is scheduled for **Thursday, January 30, 2014, at 4:00 p.m.** Plaintiff's counsel will initiate the telephone conference. One week prior to the conference, each party is to deliver to the Court a letter, not to exceed 5 pages, summarizing the status of the case. To the extent the parties need the Court's assistance in resolving outstanding discovery issues, they shall raise such issues by way of letter to the Court in December 2013.

*/s/ Madeline Cox Arleo*
**MADELINE COX ARLEO**
**United States Magistrate Judge**

Original:   Clerk
cc:         Hon. Susan Wigenton, U.S.D.J.
            File

4435415v1